

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 10–30989
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephanie Bassett Brooks | Michael Kenna Brooks |
| 125 Lighthouse Road | 125 Lighthouse Road |
| Mount Holly, NC 28120 | Mount Holly, NC 28120 |
| Social Security No.: xxx–xx–0676 | Social Security No.: xxx–xx–6686 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Schedules and Statements filed in the above referenced case on 05/07/2010 as document # 20 is defective for the reason(s) marked below:

Document(s) filed do not comply with Federal Bankruptcy Rule 9037–Privacy Protection.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: May 12, 2010                                                                                   David E. Weich
                                                                                                      Clerk of Court

Electronically filed and signed (5/12/10)