IN RE **Brooks, Stephanie Bassett & Brooks, Michael Kenna** _____ Case No. **10-30989** _____
           Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): Daughter | AGE(S): 1 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | Bartech |
| How long employed | | 1 months |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | $ 1,800.00 |
| 2. Estimated monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 0.00 | $ 1,800.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ 211.84 |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| _____ | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 211.84 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,588.16 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) **Unemployment** _____ | $ 1,612.00 | $ |
| _____ | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,612.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,612.00 | $ 1,588.16 |

| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 3,200.16 |
|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

IN RE **Brooks, Stephanie Bassett & Brooks, Michael Kenna**              Case No. **10-30989**
                              Debtor(s)                                                       (If known)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                      $   1,200.00
   a. Are real estate taxes included?   Yes ___ No ✓
   b. Is property insurance included?    Yes ___ No ✓
2. Utilities:
   a. Electricity and heating fuel                                                                         $     200.00
   b. Water and sewer                                                                                      $      30.00
   c. Telephone                                                                                            $      85.00
   d. Other **Sattelite/Cell Phones**                                                                      $     210.00
                                                                                                           $
3. Home maintenance (repairs and upkeep)                                                                   $
4. Food                                                                                                    $     500.00
5. Clothing                                                                                                $     100.00
6. Laundry and dry cleaning                                                                                $      25.00
7. Medical and dental expenses                                                                             $      50.00
8. Transportation (not including car payments)                                                             $     250.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                                        $
10. Charitable contributions                                                                               $
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                                                             $      26.00
    b. Life                                                                                                $
    c. Health                                                                                              $     415.00
    d. Auto                                                                                                $     135.00
    e. Other _____                                                $
                                                                                                           $
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                               $
                                                                                                           $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                                                $     237.00
    b. Other **Auto #2**                                                                                   $     360.00
           **Loan - Bedroom Furniture**                                                                    $      92.00
14. Alimony, maintenance, and support paid to others                                                       $
15. Payments for support of additional dependents not living at your home                                  $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)           $
17. Other _____                                                   $
                                                                                                           $
                                                                                                           $

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    | $   3,915.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I                                                   $    3,200.16
    b. Average monthly expenses from Line 18 above                                                         $    3,915.00
    c. Monthly net income (a. minus b.)                                                                    $     -714.84

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Brooks, Stephanie Bassett & Brooks, Michael Kenna _____ Case No. 10-30989
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____2_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 27, 2010**　　　　　Signature: **/s/ Stephanie Bassett Brooks** _Stephanie Bassett Brooks_　5/28/10
　　　　　　　　　　　　　　　　　Stephanie Bassett Brooks　　　　　　　　　　　　　　　　Debtor

Date: **May 27, 2010**　　　　　Signature: **/s/ Michael Kenna Brooks** _Michael K. Brooks_
　　　　　　　　　　　　　　　　　Michael Kenna Brooks　　　　　　　　　　　　　(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Laurie Crilly**　　　　　　　　　　　　　　　　　　　　　　**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**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer　　　Social Security No. (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.

**1435 Reynolds Hollow**
**Greeneville, TN 37745**
Address

_/s/ Laurie L. Crilly_　　　　　　　　　　　　　　　　　　**May 27, 2010**
Signature of Bankruptcy Petition Preparer　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____　　　　Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571._



**WELLS FARGO**

027832 02 3DG 134 ***AUTO**3-DIGIT 227
MICHAEL K BROOKS
WFBNA CUSTODIAN TRAD IRA
1680 KNICELY DR
CULPEPER VA 22701-1616

# SNAPSHOT
## Current period ending April 30, 2010

ACCOUNT NAME:   MICHAEL K BROOKS
                WFBNA CUSTODIAN TRAD IRA

ACCOUNT NUMBER:  6150-9848

Your Financial Advisor:
MICHAEL BLACK
Phone: 888-506-2697

1525 WEST W T HARRIS BLVD
CHARLOTTE, NC 28288

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

### Message from Wells Fargo Advisors
STARTING IN 2010, ANYONE, REGARDLESS OF INCOME, CAN CONVERT A TRADITIONAL IRA TO A ROTH IRA. TO FIND OUT IF A ROTH CONVERSION IS RIGHT FOR YOU, CONTACT YOUR FINANCIAL ADVISOR.

Wells Fargo Advisors, LLC, member NYSE/SIPC is a registered broker-dealer and a separate non-bank affiliate of Wells Fargo & Company. Accounts carried by First Clearing, LLC, member NYSE/SIPC.
Investments and insurance products are:
NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

WSB24FLD   027832 12115531324   NNNNN NNNNN NNNNNNNN 000001

SNAPSHOT
020 W2 W254

i6.391

# General instructions and disclosures

## About this statement

**Clearing services**
First Clearing, LLC ("FCC"), an indirect majority owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission ("SEC") and is a member of the New York Stock Exchange ("NYSE"), the Financial Industry Regulatory Authority ("FINRA") and all principal U.S. exchanges. FCC carries your account and acts as your custodian for funds and securities deposited with us directly by you, through our affiliated broker-dealer, Wells Fargo Advisors, LLC ("Wells Fargo Advisors") or as a result of transactions we process for your account. Alternatively, a printed statement is available to you upon request. Twice a year, FCC publishes on its web site www.firstclearinglic.com a statement of the firm's financial condition. Alternatively, a printed statement is available to you upon request. Unless and until we receive written notice from you to the contrary, FCC may, without inquiry or investigation, accept from Wells Fargo Advisors (i) orders for the purchase or sale of securities for your account on margin or otherwise, and (ii) any other instructions concerning your account.

**Trade date statement**
All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e., the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade, which may be up to three business days after the trade date (or longer for certain securities with an extended settlement date).

**Pricing of securities**
Securities prices reflected on your statement may vary from actual liquidation value. Prices shown are provided by outside quotation services we believe to be reliable but due to the nature of market data the accuracy of such prices cannot be guaranteed, or in the absence of such pricing, are estimated by Wells Fargo Advisors using available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at those prices. Securities listed on a national exchange such as the NYSE or Nasdaq Stock Market are priced as of the close of the statement period. Unlisted shares may be valued at the current lowest published "bid-price" and, if none exists, the last reported transaction. If occurring within the last 45 days. Prices of other fixed income securities are priced by a computerized pricing service or, for less actively traded issues, by utilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing "bid-ask" prices and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program ("DPP") and real estate investment trust ("REIT") securities that are not listed on a national exchange are generally illiquid. Because no formal trading market may exist for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net assets of the program. See statement sections for additional pricing information. Prices for hedge funds and certain managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. Generally, the sale or redemption price of your securities may be higher or lower than the prices shown on your statement. For an actual quote, speak to Your Financial Advisor.

**Estimated annual income/yield**
Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. EAI and EAY are estimates and the actual income and yield might be lower or higher than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors. FCC and Your Firm are not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

**Income summary**
The Income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to reclassifications or other corrections made in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter these numbers both during and after year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.



## About your rights and responsibilities

**Questions and complaints about Your Account**
This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your account, you should promptly report them to both FCC and to the manager of the Wells Fargo Advisors office listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with either your Wells Fargo Advisors office or with FCC should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to Wells Fargo Advisors Client Services at (800) 359-9297 or First Clearing Client Services at ATTN: H0006-09P, 1 N. Jefferson Ave, St. Louis, MO 63103, (800) 727-0304.

**Public Disclosure:** You may reach FINRA by calling the FINRA Regulation Public Disclosure Program Hotline at (800) 289-9999 or by visiting FINRA Regulation online at www.finra.org. A brochure describing the Regulation Public Disclosure Program is also available from the FINRA upon request.

**SIPC Protection**
Securities and cash in client accounts have two sources of protection. Wells Fargo Advisors is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the clients of its member firms against the loss of their securities in the event of the member's insolvency and liquidation. Each client is insured up to a maximum of $500,000 (including $100,000 for claims for cash). For more information on SIPC coverage, please see the explanatory brochure at www.sipc.org or contact SIPC at (202) 371-8300. In addition, Wells Fargo Advisors maintains a program of excess protection. This additional insurance coverage is provided through London Underwriters (led by Lloyd's of London Syndicate) ("Lloyd's"). For clients who have received the full SIPC payout limit, Wells Fargo Advisors' policy with Lloyd's provides additional coverage above the SIPC limits for any missing securities and cash in client brokerage accounts up to a firm aggregate limit of $1 billion (including up to $1.9 million for cash per client). SIPC and the additional protection do not insure the quality of investments or protect against losses from fluctuating market value.

**Investor education**
Wells Fargo Advisors publishes on its web site www.wellsfargoadvisors.com information on topics of interest to investors as well as market commentary and economic analysis. Wells Fargo Advisors has also developed numerous investor education guides to provide you with important information regarding the products and services we offer. These guides may be found under the "Investor Education" tab.

**Free credit balances**
Free credit balances are not segregated and may be used by FCC in the operation of its business in accordance with 17CFR Section 240.15c3-2 & -3 under the Securities and Exchange Act of 1934. You have the right to receive from us in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

**Investment objectives/Risk tolerances**
Please inform Your Financial Advisor promptly of any material change that might affect your investment objectives, risk tolerances or financial situation.

**Tax reporting**
We are required by federal law to report annually to you and to the Internal Revenue Service ("IRS") on Form 1099 and 1099B certain interest, dividend income and sales proceeds credited to your account.

10,392

# SNAPSHOT

MICHAEL K BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 6150-9848

As a Wells Fargo Advisors Client, you can easily simplify your finances by combining all your investing and banking into a single, easy-to-manage relationship. By upgrading to the Command Asset Program, you'll have access to many more features and benefits to help you manage your finances. You'll see all your investing and banking activity on one comprehensive monthly statement. It's as simple as talking with Your Financial Advisor. Ask them today about the Command Asset Program.

## Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening value | $10,569.91 | $10,222.32 |
| Income earned | 29.38 | 121.63 |
| Change in value | 124.57 | 379.91 |
| Closing value | $10,723.86 | $10,723.86 |

## Portfolio summary

| ASSETS ASSET TYPE | PREVIOUS VALUE ON MAR 31 | % | CURRENT VALUE ON APR 30 | % | ESTIMATED ANN. INCOME |
|---|---|---|---|---|---|
| Cash and sweep balances | 0.03 | 0.00 | 0.03 | 0.00 | 0 |
| Stocks and options | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Mutual funds | 10,569.88 | 100.00 | 10,723.83 | 100.00 | 383 |
| **Asset value** | **$10,569.91** | **100%** | **$10,723.86** | **100%** | **$383** |

# SNAPSHOT

**MICHAEL K BROOKS**
**WFBNA CUSTODIAN TRAD IRA**

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 6150-9848

## Cash flow summary

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening value of cash and sweep balances | $0.03 | |
| Income and distributions | 29.38 | 121.63 |
| Net additions to cash | $29.38 | $121.63 |
| Securities purchased | -29.38 | -121.63 |
| Net subtractions from cash | -$29.38 | -$121.63 |
| Closing value of cash and sweep balances | $0.03 | |

## Income summary

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Dividends and short term capital gains | 29.38 | 108.85 |
| Total income | $29.38 | $108.85 |

**WELLS FARGO**

# SNAPSHOT

Page 3 of 6

MICHAEL K BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 6150-9848

IRA Plan Number 09039027041646

## Retirement summary

IRA Plan Value    $10,723.86

HAVE YOU LEFT RETIREMENT ASSETS AT A PREVIOUS EMPLOYER? WHETHER YOU STARTED A NEW JOB OR RETIRED, YOU SHOULD KNOW THE OPTIONS FOR YOUR RETIREMENT SAVINGS IN YOUR PREVIOUS EMPLOYER'S PLAN. CONTACT YOUR FINANCIAL ADVISOR TO DISCUSS YOUR OPTIONS AND TAKE ACTION.

A portion of these assets may not be covered by SIPC. IRA CD's and other bank products are covered by FDIC insurance up to $250,000 in accordance with FDIC rules.

### ACCOUNT INFORMATION

| | |
|---|---|
| Account Holder Birthdate: | 08/06/76 |
| Attained Age as of 12/31/10: | 34.0 |

### RETIREMENT TRANSACTIONS

**CONTRIBUTION SUMMARY**

| | AMOUNT |
|---|---|
| Contributions | |
| 2010 FOR 2010 | $0.00 |

**2010 DISTRIBUTION SUMMARY**

| | AMOUNT |
|---|---|
| Gross Distributions | $0.00 |

Contact us if information on this page requires updates.
Customer Service: 800-669-2136
Wells Fargo Advisors
1001 South Tryon Street
Charlotte, NC 28288-1164

# SNAPSHOT

MICHAEL K BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 6150-9848

## Your Financial Advisor

MICHAEL BLACK
Phone: 888-506-2697

1525 WEST W T HARRIS BLVD
CHARLOTTE, NC 28288

## Account profile

| | |
|---|---|
| Full account name: | MICHAEL K BROOKS |
| | WFBNA CUSTODIAN TRAD IRA |
| Account type: | Individual Retirement Account |
| Brokerage account number: | 6150-9848 |
| IRA plan number: | 09039027041646 |
| Tax status: | Retirement |
| Investment objective/Risk tolerance: | MODERATE GROWTH |
| Sweep option: | BANK DEPOSIT SWEEP |

## Client service information

| | |
|---|---|
| Customer service: | 800-359-9297 |
| Website: | www.wachovia.com |

## For your consideration

Go paperless. Signing up for online documents is easy and costs nothing. To participate, log-in to Online Brokerage through wachovia.com. Go to Customer Service, then On-line Documents under Enroll. If you are not an Online Brokerage user and need to sign up, go to wachovia.com and select the Online Brokerage link found on the right hand side of the page in the Apply Now box. You may also sign up for Online Brokerage by contacting us at 800-326-4434.

## Document delivery status

| | Paper | Electronic |
|---|---|---|
| Statements: | X | |
| Trade confirmations: | X | |
| Tax documents: | X | |
| Shareholder communications: | | |



MICHAEL K BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 6150-9848

# Portfolio detail

## Cash and Sweep Balances

Bank Deposit Sweep - Consists of monies held in one or more FDIC-insured depository account(s) established with Wells Fargo Bank, N.A. Additional funds over $250,000 are deposited at one or more additional banks affiliated with Wells Fargo Advisors. These assets are not covered by SIPC, but are instead covered by FDIC insurance in accordance with FDIC rules. For additional information on the Bank Deposit Sweep for your account please contact Your Financial Advisor.

| DESCRIPTION | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|
| BANK DEPOSIT SWEEP Interest Period 04/01/10 - 04/30/10 | N/A | 0.03 | N/A |
| **Total Cash and Sweep Balances** | | **$0.03** | **$0.00** |

* APY measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield is expressed as an annualized rate, based on a 365- or 366-day year (as applicable).

## Mutual Funds

Mutual fund shares are priced at net asset value. Estimated Annual Income and Yield refer to Dividends and Interest Income only, and typically do not reflect Total return.

### Open End Mutual Funds

| DESCRIPTION | QUANTITY | CURRENT PRICE | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|
| PRUDENTIAL TOTAL RETURN BOND FUND INC B PRDBX | 780.48300 | 13.7400 | 10,723.83 | 383.21 | 3.57 |
| **Total Open End Mutual Funds** | | | **$10,723.83** | **$383.21** | **3.57** |
| **Total Mutual Funds** | | | **$10,723.83** | **$383.21** | **3.57** |

## Bank Deposit Sweep Allocation

Monies on deposit at each bank, together with any other deposits held in the same insurable capacity at each bank, are eligible for FDIC insurance up to $250,000 per depositor, per bank in accordance with FDIC rules for a total of up to $750,000 in FDIC insurance when deposited at multiple banks. These assets are not held in your securities brokerage account and therefore not covered by SIPC. Settlement timing differences will cause balances displayed in this section to vary from those indicated in the Portfolio detail section due to activity that occurs after 2 PM ET on the last business day of the month. If you have questions about your sweep option, including rates, please contact Your Financial Advisor.

| DESCRIPTION | CURRENT VALUE | AS OF VALUE DATE |
|---|---|---|
| WELLS FARGO BANK, N.A. | 0.03 | 04/30 |



MICHAEL K BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 6150-9848

# Bank Deposit Sweep Allocation continued

| DESCRIPTION | | | | CURRENT VALUE | AS OF VALUE DATE |
|---|---|---|---|---|---|
| Total Bank Deposits | | | | $0.03 | |

# Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|---|---|---|---|---|---|---|---|
| | | | | BEGINNING BALANCE | | | 0.03 |
| 04/22 | Cash | DIVIDEND | | PRUDENTIAL TOTAL RETURN BOND FUND INC B 042110   780.48300 AS OF 4/21/10 | | 29.38 | 0.03 |
| 04/22 | Cash | REINVEST DIV | 2.14100 | PRUDENTIAL TOTAL RETURN BOND FUND INC B | 13.7200 | -29.38 | 0.03 |

# About this statement

**Income on non-reportable accounts**
Your income summary is categorized into taxable and tax-exempt income based upon the securities that you hold. Please be aware that, since this is a 1099 non-reportable account, this income will NOT be reported to the IRS, but is being provided to you for informational purposes only.

# About your rights and responsibilities

# Specific instructions and disclosures

**IRA withholding notice**
One withdrawals you receive from your IRA (except Education IRA) are subject to Federal income tax withholding unless you elect not to have withholding apply. If you have a periodic, or an "on demand" distribution, your election regarding withholding of Federal income tax on your behalf stays in effect until you change it. You may change or revoke your election at any time and as often as you wish by completing a new election form. If you elect check writing privileges, you will also have previously elected to have no withholding on your withdrawals. If you decide to have taxes withheld you will not be eligible for check writing from your IRA. If you elect not to have taxes withheld you will be liable for payment of all taxes due on the taxable portion of your distribution and you may be responsible for payment of estimated tax. You may be subject to tax penalties under the estimated tax payment rules if your payments of estimated tax and withholding, if any, are not adequate.

**Form W-4P/OMB No. 1454-0415**

020 W2 W254

**WELLS FARGO ADVISORS**

```
039888 02 3DGS 180 UTO**SCH 3-DIGIT 280
STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA
125 LIGHTHOUSE RD
MOUNT HOLLY NC  28120-1595
```

# SNAPSHOT
## Current period ending April 30, 2010

**ACCOUNT NAME:** STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA

**ACCOUNT NUMBER:** 3790-8022

Your Financial Advisor:
MICHAEL BLACK
Phone: 888-506-2697

1525 WEST W T HARRIS BLVD
CHARLOTTE, NC 28288

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

### Message from Wells Fargo Advisors
STARTING IN 2010, ANYONE, REGARDLESS OF INCOME, CAN CONVERT A TRADITIONAL IRA TO A ROTH IRA. TO FIND OUT IF A ROTH CONVERSION IS RIGHT FOR YOU, CONTACT YOUR FINANCIAL ADVISOR.

Wells Fargo Advisors, LLC, member NYSE/SIPC is a registered broker-dealer and a separate non-bank affiliate of Wells Fargo & Company. Accounts carried by First Clearing, LLC, member NYSE/SIPC.
Investments and insurance products are:
NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

WS833FLD
039888 12115531333    NNNNN NNNNN NNNNNNNN  000001
SNAPSHOT
020 W2 W254
31,295

# General instructions and disclosures

## About this statement

### Clearing services
First Clearing, LLC ("FCC"), an indirect majority owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission ("SEC") and is a member of the New York Stock Exchange ("NYSE"), the Financial Industry Regulatory Authority ("FINRA") and all principal U.S. exchanges. FCC carries your account and acts as your custodian for funds and securities deposited with us directly by you, through our affiliated broker-dealer, Wells Fargo Advisors, LLC ("Wells Fargo Advisors") or as a result of transactions we process for your account. Twice a year, FCC publishes on its web site www.firstclearingllc.com a statement of the firm's financial condition. Alternatively, a printed statement is available to you without inquiry or investigation, accept from Wells Fargo receive written notice from you to the contrary, FCC may, without inquiry or investigation, accept from Wells Fargo Advisors (i) orders for the purchase or sale of securities for your account on margin or otherwise, and (ii) any other instructions concerning your account.

### Trade date statement
All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e. the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade, which may be up to three business days after the trade date (or longer for certain securities with an extended settlement date).

### Pricing of securities
Securities prices reflected on your statement may vary from actual liquidation value. Prices shown are provided by outside quotation services which we believe to be reliable but due to the nature of market data the accuracy of such prices cannot be guaranteed or, in the absence of such pricing, are estimated by Wells Fargo Advisors using available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at those prices. Securities listed on a national exchange such as the NYSE or Nasdaq Stock Market are priced as of the close of the statement period. Unlisted shares may be valued at the current lowest published "bid-price", and, if none exists, the last reported transaction if occurring within the last 45 days. Prices of securities not actively traded may not be available and are indicated by "N/A". Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, for less actively traded issues, by utilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing price and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program ("DPP") and real estate investment trust ("REIT") securities that are not listed on a national exchange are generally illiquid. Because no formal trading market may exist for these investments, their values are estimated. Unless otherwise indicated, the values shown for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net assets of the program. See statement sections for additional pricing information. Prices for hedge funds and certain managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. Generally, the sale or redemption price of your securities may be higher or lower than the prices shown on your statement. For an actual quote, speak to Your Financial Advisor.

### Estimated annual income/yield
Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. EAI and EAY are estimates and the actual income and yield might be lower or higher than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors; FCC and the Firm are not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

### Income summary
The income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to reclassifications or other corrections made in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter these numbers both during and after year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.



## About your rights and responsibilities

### Questions and complaints about Your Account
This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your account, you should promptly report them to both FCC and to the manager of the Wells Fargo Advisors office listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with either your Financial Advisor or with FCC should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to Wells Fargo Advisors Client Services at (800) 359-9297 or First Clearing Client Services at ATTN: H0006-09P, 1 N. Jefferson Ave, St. Louis, MO 63103, (800) 727-4304.

Public Disclosure: You may reach FINRA by calling the FINRA Regulation Public Disclosure Program Hotline at (800) 289-9999 or by visiting FINRA Regulation online at www.finra.org. A brochure describing the FINRA Regulation Public Disclosure Program is also available from the FINRA upon request.

### SIPC Protection
Securities and cash in client accounts have two sources of protection. Wells Fargo Advisors is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the clients of its member firms against the loss of their securities in the event of the member's insolvency and liquidation. Each client is insured up to a maximum of $500,000 (including $100,000 for claims for cash). For more information on SIPC coverage, please see the explanatory brochure at www.sipc.org or contact SIPC at (202) 371-8300. In addition, Wells Fargo Advisors maintains a program of excess SIPC protection. This additional insurance coverage is provided through London Underwriters (led by Lloyd's of London Syndicate) ("Lloyd's"). For clients who have received the full SIPC payout limit, Wells Fargo Advisors' policy with Lloyd's provides additional coverage above the SIPC limits for any missing securities and cash in client brokerage accounts up to a firm aggregate limit of $1 billion (including up to $1.9 million for cash per client). SIPC and the additional protection do not insure the quality of investments or protect against losses from fluctuating market value.

### Investor education
Wells Fargo Advisors publishes on its web site www.wellsfargoadvisors.com information on topics of interest to investors as well as market commentary and economic analysis. Wells Fargo Advisors has also developed numerous investor education guides to provide you with important information regarding the products and services we offer. These guides may be found under the "Investor Education" tab.

### Free credit balances
Free credit balances are not segregated and may be used by FCC in the operation of its business in accordance with 17CFR Section 240.15c3 -2 & -3 under the Securities and Exchange Act of 1934. You have the right to receive from us in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

### Investment objectives/Risk tolerances
Please inform Your Financial Advisor promptly of any material change that might affect your investment objectives, risk tolerances or financial situation.

### Tax reporting
We are required by federal law to report annually to you and to the Internal Revenue Service ("IRS") on Form 1099 and 1099B certain interest, dividend income and sales proceeds credited to your account.

**WELLS FARGO ADVISORS**

# SNAPSHOT

STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 3790-8022

31,297

As a Wells Fargo Advisors Client, you can easily simplify your finances by combining all your investing and banking into a single, easy-to-manage relationship. By upgrading to the Command Asset Program, you'll have access to many more features and benefits to help you manage your finances. You'll see all your investing and banking activity on one comprehensive monthly statement. It's as simple as talking with Your Financial Advisor. Ask them today about the Command Asset Program.

## Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening value | $7,450.96 | $7,218.58 |
| Income earned | 20.72 | 73.05 |
| Change in value | 87.81 | 267.86 |
| Closing value | $7,559.49 | $7,559.49 |

## Portfolio summary

### ASSETS

| ASSET TYPE | PREVIOUS VALUE ON MAR 31 | % | CURRENT VALUE ON APR 30 | % | ESTIMATED ANN. INCOME |
|---|---|---|---|---|---|
| Cash and sweep balances | 0.04 | 0.00 | 0.04 | 0.00 | 0 |
| Stocks and options | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Mutual funds | 7,450.92 | 100.00 | 7,559.45 | 100.00 | 270 |
| **Asset value** | **$7,450.96** | **100%** | **$7,559.49** | **100%** | **$270** |



Page 2 of 6

## SNAPSHOT

STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 3790-8022

### Cash flow summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening value of cash and sweep balances | $0.04 | |
| Income and distributions | 20.72 | 73.05 |
| Net additions to cash | $20.72 | $73.05 |
| Securities purchased | -20.72 | -73.03 |
| Net subtractions from cash | -$20.72 | -$73.03 |
| Closing value of cash and sweep balances | $0.04 | |

### Income summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Money market/sweep funds | 0.00 | 0.02 |
| Dividends and short term capital gains | 20.72 | 73.03 |
| Total income | $20.72 | $73.05 |

31,298

SNAPSHOT
020 W2 W254



31,299

# SNAPSHOT

Page 3 of 6

STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 3790-8022

## Retirement summary

IRA Plan Value  $7,559.49   IRA Plan Number 53119027062127

A portion of these assets may not be covered by SIPC. IRA CD's and other bank products are covered by FDIC insurance up to $250,000 in accordance with FDIC rules.

HAVE YOU LEFT RETIREMENT ASSETS AT A PREVIOUS EMPLOYER? WHETHER YOU STARTED A NEW JOB OR RETIRED, YOU SHOULD KNOW THE OPTIONS FOR YOUR RETIREMENT SAVINGS IN YOUR PREVIOUS EMPLOYER'S PLAN. CONTACT YOUR FINANCIAL ADVISOR TO DISCUSS YOUR OPTIONS AND TAKE ACTION.

### ACCOUNT INFORMATION

Account Holder Birthdate: 09/14/78
Attained Age as of 12/31/10: 32.0

Contact us if information on this page requires updates.
Customer Service: 800-669-2136
Wells Fargo Advisors
100 South Tryon Street
Charlotte, NC 28288-1164

### RETIREMENT TRANSACTIONS

| CONTRIBUTION SUMMARY | AMOUNT |
| --- | --- |
| Contributions | |
| 2010 FOR 2010 | $0.00 |

| 2010 DISTRIBUTION SUMMARY | AMOUNT |
| --- | --- |
| Gross Distributions | $0.00 |

# SNAPSHOT

STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 3790-8022

## Your Financial Advisor

MICHAEL BLACK
Phone: 888-506-2697

## Account profile

Full account name: STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA
Account type: Individual Retirement Account
Brokerage account number: 3790-8022
IRA plan number: 53119027062127
Tax status: Retirement
Investment objective/Risk tolerance: MODERATE GROWTH
Sweep option: BANK DEPOSIT SWEEP

1525 WEST W T HARRIS BLVD
CHARLOTTE, NC 28288

## Client service information

Customer service: 800-359-9297
Website: www.wachovia.com

## For your consideration

Go paperless. Signing up for online documents is easy and costs nothing. To participate, log-in to Online Brokerage through wachovia.com. Go to Customer Service, then On-line Documents under Enroll. If you are not an Online Brokerage user and need to sign up, go to wachovia.com and select the Online Brokerage link found on the right hand side of the page in the Apply Now box. You may also sign up for Online Brokerage by contacting us at 800-326-4434.

## Document delivery status

| | Paper | Electronic |
|---|---|---|
| Statements: | X | |
| Trade confirmations: | X | |
| Tax documents: | X | |
| Shareholder communications: | | |



## Portfolio detail

STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 3790-8022

### Cash and Sweep Balances

Bank Deposit Sweep - Consists of monies held in one or more FDIC-insured depository account(s) established with Wells Fargo Bank, N.A. Additional funds over $250,000 are deposited at one or more additional banks affiliated with Wells Fargo Advisors. These assets are not covered by SIPC, but are instead covered by FDIC insurance in accordance with FDIC rules. For additional information on the Bank Deposit Sweep for your account please contact Your Financial Advisor.

| DESCRIPTION | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|
| BANK DEPOSIT SWEEP Interest Period 04/01/10 - 04/30/10 | N/A | 0.04 | N/A |
| **Total Cash and Sweep Balances** | | **$0.04** | **$0.00** |

* APY measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield expressed as an annualized rate, based on a 365- or 366-day year (as applicable).

### Open End Mutual Funds

Mutual fund shares are priced at net asset value. Estimated Annual Income and Yield refer to Dividends and Interest Income only, and typically do not reflect Total return.

| DESCRIPTION | QUANTITY | CURRENT PRICE | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|
| PRUDENTIAL TOTAL RETURN BOND FUND INC B PDBBX | 550.17900 | 13.7400 | 7,559.45 | 270.13 | 3.57 |
| **Total Open End Mutual Funds** | | | **$7,559.45** | **$270.13** | **3.57** |
| **Total Mutual Funds** | | | **$7,559.45** | **$270.13** | **3.57** |

### Bank Deposit Sweep Allocation

Monies on deposit at each bank, together with any other deposits held in the same insurable capacity at each bank, are eligible for FDIC insurance up to $250,000 per depositor, per bank in accordance with FDIC rules for a total of up to $750,000 in FDIC insurance when deposited at multiple banks. These assets are not held in your securities brokerage account and therefore not covered by SIPC. Settlement timing differences will cause balances displayed in this section to vary from those indicated in the Portfolio detail section due to activity that occurs after 2 PM ET on the last business day of the month. If you have questions about your sweep option, including rates, please contact Your Financial Advisor.

| DESCRIPTION | CURRENT VALUE | AS OF VALUE DATE |
|---|---|---|
| WELLS FARGO BANK, N.A. | 0.04 | 04/30 |

STEPHANIE B BROOKS
WFBNA CUSTODIAN TRAD IRA

APRIL 1 - APRIL 30, 2010
ACCOUNT NUMBER: 3790-8022

Page 6 of 6

## Bank Deposit Sweep Allocation continued

| DESCRIPTION | CURRENT VALUE | AS OF VALUE DATE |
|---|---|---|
| Total Bank Deposits | $0.04 | |

## Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|---|---|---|---|---|---|---|---|
| 04/01 | | | | BEGINNING BALANCE | | | 0.04 |
| 04/28 | Cash | DIVIDEND | | PRUDENTIAL TOTAL RETURN BOND FUND INC B 042110 550.17900 AS OF 4/21/10 | | 20.72 | |
| 04/28 | Cash | REINVEST DIV | 1.51000 | PRUDENTIAL TOTAL RETURN BOND FUND INC B | 13.7200 | -20.72 | 0.04 |

## Specific instructions and disclosures

### About this statement

**Income on non-reportable accounts**
Your income summary is categorized into taxable and tax-exempt income based upon the securities that you hold. Please be aware that, since this is a 1099 non-reportable account, this income will NOT be reported to the IRS, but is being provided to you for informational purposes only.

### About your rights and responsibilities

**IRA withholding notice**
The withdrawals you receive from your IRA (except Education IRA) are subject to Federal income tax withholding unless you elect not to have withholding apply. If you have a periodic, or an "on demand" distribution, your election regarding withholding of Federal income tax on your behalf stays in effect until you change it. You may change or revoke your election at any time and as often as you wish by completing a new election form. If you elect check writing privileges, you will also be previously elected to have no withholding on your withdrawals. If you decide to have taxes withheld you will not be eligible for check writing from your IRA. If you elect not to have taxes withheld you will be liable for payment of all taxes due on the taxable portion of your distribution and you may be responsible for payment of estimated tax. You may be subject to tax penalties under the estimated tax payment rules if your payments of estimated tax and withholding, if any, are not adequate.

Form W-4P/OMB No. 1454-0415